UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CAROL M. SHIRLEY AND C. S. SHIRLEY, JR. | C.A. NO.: 3:13-CV-732-JWD-SCR (LEAD) |
| VERSUS | JUDGE: JOHN W. DEGRAVELLES |
| TOWN OF CLINTON, ET AL. | MAG. JUDGE: RIEDLINGER |

~Consolidated With~

| | |
|---|---|
| ALICE B. KENT AND PAUL S. KENT | C.A.: 3:13-CV-00735-JWD-SCR |
| VERSUS | JUDGE: JOHN W. DEGRAVELLES |
| TOWN OF CLINTON, ET AL. | MAG. JUDGE: RIEDLINGER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR HEARING AND ORAL ARGUMENT

In accordance with Local Rule 78.1, plaintiffs, Carol M. Shirley, C.S. Shirley Jr., Alice B. Kent, and Paul S. Kent, hereby request oral argument as to their Motion to Strike the Expert Report and Testimony of Donna M. Ingram. Oral argument is critical to the Motion as the testimony of witnesses will be needed for the following reasons.

The crux of plaintiffs' claims has to do with the lack of probable cause for the arrest. The defendants offer Donna Ingram as an expert in forensic accounting.[1] By her own admission, Ms. Ingram has never been asked to give an opinion relative to an arrest warrant.[2] In this case, Ingram is not offered as an expert in or giving an opinion relative to any aspect of proper police procedure.[3] Ingram has admitted that she cannot state with any certainty if all of the issues contained in her report

---

[1] Exhibit A, Donna Ingram Deposition, p. 6, lns. 2-5.

[2] Exhibit A, Donna Ingram Deposition, pp. 17, lns. 24-25; 18, lns. 1-6.

[3] Exhibit A, Donna Ingram Deposition, p. 25, lns. 1-5.

were covered in the Affidavit of Probable Cause prepared by James Cook.[4] Ingram cannot state that, in formulating her opinion, she looked at the exact same information as James Cook did when Cook prepared his investigative report and arrest warrant.[5] Moreover, Ingram agreed that if she and Cook looked at different information, each could come up with a different conclusion.[6]

Finally, and perhaps most significant, is the fact Donna Ingram cannot give an opinion relative to probable cause as that is beyond her expertise as a forensic accountant.[7] Interestingly, Ingram could not even give an appropriate legal definition for "probable cause to arrest", instead relying on what she termed "common sense".[8] All she can say is that there was "probable cause that their (Shirley and Kent) financial actions that need to be considered by the legal authorities".[9]

Clearly, the opinions generated by Donna Ingram will in no way assist the trier of fact in this case. For these reasons, and the need for clarity to the Court, plaintiffs' request a hearing and oral argument at which time the presentation of evidence by way of live witnesses is anticipated.

---

[4] Exhibit A, Donna Ingram Deposition, p. 34, lns. 3-8.

[5] Exhibit A, Donna Ingram Deposition, p. 46, lns. 12-16.

[6] Exhibit A, Donna Ingram Deposition, p. 47, lns. 4-5.

[7] Exhibit A, Donna Ingram Deposition, p. 48, lns. 18-25.

[8] Exhibit A, Donna Ingram Deposition, p. 66, lns. 15-20.

[9] Exhibit A, Donna Ingram Deposition, p. 51, lns. 19-21.

**RESPECTFULLY SUBMITTED:**

  *S/HAROLD J. ADKINS*                            *S/ TIMOTHY J. MARTINEZ*
**HAROLD J. ADKINS, T.A., (#14918)**     **TIMOTHY J. MARTINEZ (#24543)**
**RODNEY S. BARNES, JR., (#31616)**      PENNINGTON & MARTINEZ
HAMMONDS, SILLS, ADKINS & GUICE, LLP   4707 Bluebonnet Blvd., Suite A
2431 S. Acadian Thruway, Suite 600       Baton Rouge, Louisiana 70809
Baton Rouge, Louisiana  70808            Telephone: (225) 293-8880
Telephone: (225) 923-3462                Facsimile: (225) 293-0837
Facsimile: (225) 923-0315                *Attorney for Plaintiffs, Alice B. Kent*
*Attorneys for Plaintiffs, Carol Shirley*   *and Paul S. Kent*
*and C. S. Shirley, Jr.*


## CERTIFICATE OF SERVICE

I do hereby certify that, on the date stated below, a true and correct copy of the above and foregoing Request was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system and regular U. S. Mail to Johnny Beauchamp, P. O. Box 714, Clinton, LA 70722.

Baton Rouge, Louisiana, this 19th day of December, 2014.

  *S/ Harold J. Adkins*
**HAROLD J. ADKINS**